UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STACY M. HICKS,

        Plaintiff,

vs.                               Case No.  3:12-cv-1028-J-32MCR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Physical Examination (Doc. 13) filed October 29, 2012.  Defendant seeks to conduct a physical examination of Plaintiff, Stacy M. Hicks, in order to properly defend the action herein.  Defendant proposes the exam be conducted by Dr. Harold Norman, M.D. on November 12, 2012 at 6:00 p.m.

Rule 35(a)(1) and (2) of the Federal Rules of Civil Procedure provides:

> The court where the action is pending may order a party whose mental or physical condition [] is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner ...
>
> The order may be made only on motion for good cause and on notice to all parties and the person to be examined; and must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

-1-

Rule 35(a)(1) and (2), Fed. R. Civ. P.; see also Cook v. Pizza Hut, 2006 U.S. Dist. LEXIS 35061, 2006 WL 1529775 at * 1 (M.D. Fla. May 31, 2006) (unpublished) ("Here, by asserting physical injuries resulting from an accident in which he was struck by a motor vehicle driven by Defendant's employee, Plaintiff has placed his physical condition in controversy and provided Defendant with good cause for an examination to determine the existence and extent of his asserted injuries").

According to Defendant, Plaintiff has placed her medical condition at issue by claiming to have sustained injuries to her cervical spine, right shoulder, and jaw. Additionally, Defendant notes that Plaintiff does not oppose the examination.  The Court finds Plaintiff has indeed placed her physical condition into controversy, that good cause exists for the medical examination, and as there is no opposition, will grant the request for examination by Dr. Norman pursuant to Rule 35.

Accordingly, after due consideration, it is

**ORDERED**:

1.      Defendant's Unopposed Motion for Physical Examination (Doc. 13) is **GRANTED**.

2.      Plaintiff, Stacy M. Hicks, shall submit to a physical examination by Dr. Harold Norman, M.D., at 2 Shircliff Way, Suite 300, Jacksonville, Florida on **Monday, November 12, 2012 at 6:00 p.m.**, or at a date and time mutually agreed to by the parties.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  31st  day of October, 2012.

Copies to:

Counsel of Record

_/s/ Monte C. Richardson_
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE